# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

137212

SUZANNE VERBRUGGHE, as Personal
Representative of the Estate of GEORGE
VEBRUGGHE, Deceased,
         Plaintiff-Appellant,

v

SELECT SPECIALTY HOSPITAL-MACOMB
COUNTY, INC., ARSENIO V. DELEON,
M.D., and MARIUS LAURINAITIS, M.D.,
        Defendants-Appellees,

and

JAVED ZIA, M.D.,
        Defendant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137212
COA: 263686
Macomb CC: 04-004423-NH

On order of the Court, the application for leave to appeal the July 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

d0128